**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| JAMES J. PLISKA | : No. 119 MM 2019 |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| DIOCESE OF SCRANTON, BISHOP | : |
| JAMES TIMLIN AND BISHOP JOSEPH | : |
| BAMBERA | : |
| | : |
| | : |
| PETITION OF:  DIOCESE OF | : |
| SCRANTON AND BISHOP JOSEPH | : |
| BAMBERA | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of November, 2019, the Application for Extraordinary Relief is DENIED.